James C. JOHNSON, Appellant,

v.

Keith AYERS, Appellee.

Court of Appeals of Kentucky.

March 10, 1961.

Tom Garrett, Paducah, for appellant.

Dwain Lowry, Paducah, for appellee.

PER CURIAM.

Motion for an appeal from a judgment awarding appellee $550 as damages in an action for malicious prosecution. The facts, questions raised, authorities cited and applicable law have been carefully considered by the court, and no prejudicial error has been found.

The motion for an appeal is overruled and the judgment stands affirmed.

---

Julian B. HAYS, Appellant,

v.

Harvey LEWIS et al., Appellees.

Court of Appeals of Kentucky.

March 10, 1961.

G. D. Milliken, Jr., Bowling Green, for appellant.

E. R. Gregory, Bowling Green, for appellees.

PER CURIAM.

We have before us motions for appeal and for cross-appeal from a judgment of the Warren Circuit Court setting up the respective rights of parties to a partnership agreement. The Court is of the opinion that the judgment is correct.

Motions for appeal and cross-appeal are overruled, and the judgment is affirmed.